**Obediah HEARLD, Jr., Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27071.

Court of Criminal Appeals of Texas.

June 26, 1954.

C. C. Divine, Houston, for appellant.

Ewing Werlein, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is passing a worthless check; the punishment, a fine of $100.

Notice of appeal was given on February 26, 1954. The statement of facts was filed on May 28, 1954, and hence was filed too late. Bichon v. State, 155 Tex. Cr.R. 98, 230 S.W.2d 812.

In the absence of a statement of facts, the bills of exception cannot be appraised.

The proceedings are in all things regular; and no reversible error appearing, the judgment of the trial court is affirmed.